■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIZABETH PEACOCK, Appellant. [2 NYS3d 924]—

Appeal by the defendant from a judgment of the County Court, Suffolk County (Iliou, J.), rendered April 17, 2013, convicting her of vehicular manslaughter in the first degree and driving while ability impaired by drugs, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

By pleading guilty, the defendant forfeited any claim that the rebuttable presumption contained in Penal Law §§ 125.12 and 125.13 unconstitutionally shifts the burden of proof (*see People v Taylor*, 65 NY2d 1, 5 [1985]; *People v Thomas*, 53 NY2d 338, 344 [1981]). The defendant's waiver of the right to appeal forecloses review of her contention that the sentence imposed was excessive (*see People v Trahan*, 124 AD3d 699 [2015]). Balkin, J.P., Roman, Sgroi and LaSalle, JJ., concur.